B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Linares, Jaime** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Linares, Linda A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3566** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-6630** |
| Street Address of Debtor (No. and Street, City, and State):<br>**48 Hamilton Lane**<br>**Oak Brook, IL**<br>ZIP Code **60523-1753** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**48 Hamilton Lane**<br>**Oak Brook, IL**<br>ZIP Code **60523-1753** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Linares, Jaime**<br>**Linares, Linda A** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| :--- | :--- | :--- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| :--- | :--- | :--- |
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| :--- | :--- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Linares, Jaime** <br> **Linares, Linda A** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Jaime Linares**
Signature of Debtor **Jaime Linares**

**X /s/ Linda A Linares**
Signature of Joint Debtor **Linda A Linares**

Telephone Number (If not represented by attorney)

**January 10, 2011**
Date

### Signature of Attorney*

**X /s/ Abraham Brustein**
Signature of Attorney for Debtor(s)

**Abraham Brustein 0327662**
Printed Name of Attorney for Debtor(s)

**DiMonte and Lizak, LLC**
Firm Name

**216 Higgins Road**
**Park Ridge, IL 60068**

Address

**(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

**January 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jaime Linares**
       **Linda A Linares**
                                    Debtor(s)

Case No. _____

Chapter  **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jaime Linares**
**Jaime Linares**

Date:   **January 10, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jaime Linares**
       **Linda A Linares**                                              Case No.
                                    Debtor(s)                           Chapter      **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Linda A Linares**
                     **Linda A Linares**

Date:  **January 10, 2011**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jaime Linares**
     **Linda A Linares**
                                        Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Second Federal Savings**<br>**3960 W. 26th Street**<br>**Chicago, IL 60623** | **Second Federal Savings**<br>**3960 W. 26th Street**<br>**Chicago, IL 60623** | **Deficiency from Sale of Klean Car Wash Inc** | | **590,000.00** |
| **Illinois Department of Revenue**<br>**Bulk Sales Section**<br>**100 W. Randolph Street #7-400**<br>**Chicago, IL 60601** | **Illinois Department of Revenue**<br>**Bulk Sales Section**<br>**100 W. Randolph Street #7-400**<br>**Chicago, IL 60601** | **Sales and tax for Klean Car Wash Inc** | | **343,623.74** |
| **Lakeside Bank**<br>**1055 W. Roosevelt Road**<br>**Chicago, IL 60608** | **Lakeside Bank**<br>**1055 W. Roosevelt Road**<br>**Chicago, IL 60608** | **Gasoline station 4524 S. Ashland Avenue Chicago, IL 60609** | | **232,604.22**<br><br>**(0.00 secured)** |
| **Alfredo Linares**<br>**555 Uvedale Road**<br>**Riverdale, IL 60827** | **Alfredo Linares**<br>**555 Uvedale Road**<br>**Riverdale, IL 60827** | **Loan** | | **150,000.00** |
| **Second Federal Savings**<br>**3960 W. 26th Street**<br>**Chicago, IL 60623** | **Second Federal Savings**<br>**3960 W. 26th Street**<br>**Chicago, IL 60623** | **Condominium 33 W. Ontario Street #31G Chicago, IL** | | **440,224.86**<br><br>**(330,000.00 secured)** |
| **Second Federal Savings**<br>**3960 W. 26th Street**<br>**Chicago, IL 60623** | **Second Federal Savings**<br>**3960 W. 26th Street**<br>**Chicago, IL 60623** | **line of credit** | | **84,210.51** |
| **Illinois Department of Revenue**<br>**P.O. Box 19006**<br>**Springfield, IL 62494** | **Illinois Department of Revenue**<br>**P.O. Box 19006**<br>**Springfield, IL 62494** | **Sales and use tax for De Linares Gas Inc.** | | **55,066.63** |
| **Illinois Department of Revenue**<br>**Collection Services Division**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | **Illinois Department of Revenue**<br>**Collection Services Division**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | **Condominium 33 W. Ontario Street #31G Chicago, IL** | | **40,078.68**<br>**(330,000.00 secured)**<br>**(440,224.86 senior lien)** |
| **Com Ed**<br>**P.O. Box 6112**<br>**Carol Stream, IL 60197-6112** | **Com Ed**<br>**P.O. Box 6112**<br>**Carol Stream, IL 60197-6112** | **Electric service 4524 S. Ashland Avenue Chicago, IL 60609** | | **35,560.64** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Jaime Linares**
**Linda A Linares**

Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Illinois Department of Revenue** <br> **P.O. Box 19035** <br> **IL 62494-9035** | **Illinois Department of Revenue** <br> **P.O. Box 19035** <br> **IL 62494-9035** | **Withholding tax; sales & use tax for A&J Gas Inc.** | | **33,933.38** |
| **Exelon Corporation** <br> **P.O. Box 805398** <br> **Chicago, IL 60680** | **Exelon Corporation** <br> **P.O. Box 805398** <br> **Chicago, IL 60680** | **Corporate debt** | | **30,116.92** |
| **Second Federal Savings** <br> **3960 W. 26th Street** <br> **Chicago, IL 60623** | **Second Federal Savings** <br> **3960 W. 26th Street** <br> **Chicago, IL 60623** | **Store** <br> **4508-12 S. Ashland Avenue** <br> **Chicago, IL** | | **213,619.25** <br><br> **(185,000.00 secured)** |
| **Illinois State Lottery** <br> **P.O. Box 19080** <br> **Springfield, IL 62794-9080** | **Illinois State Lottery** <br> **P.O. Box 19080** <br> **Springfield, IL 62794-9080** | **activity for Kleen Car Wash** | | **26,641.73** |
| **Illinois Department of Revenue** <br> **Collection Services Division** <br> **PO Box 19035** <br> **Springfield, IL 62794-9035** | **Illinois Department of Revenue** <br> **Collection Services Division** <br> **PO Box 19035** <br> **Springfield, IL 62794-9035** | **Business income tax; withholding tax, soft drink tax for Jerrys Certified** | | **23,879.66** |
| **Amigos Meat & Poultry LLC** <br> **5251 Millard** <br> **Chicago, IL 60632** | **Amigos Meat & Poultry LLC** <br> **5251 Millard** <br> **Chicago, IL 60632** | **Corporate debt/possible guaranty** | | **16,480.54** |
| **Chicago Department of Revenue** <br> **Administrative Hearings** <br> **121 N. LaSalle Street** <br> **Chicago, IL 60602** | **Chicago Department of Revenue** <br> **Administrative Hearings** <br> **121 N. LaSalle Street** <br> **Chicago, IL 60602** | **Fines for Jerry's Certified** | | **14,040.00** |
| **Daniel H. Brown** <br> **Attorney at Law** <br> **53 W. Jackson Boulevard #703** <br> **Chicago, IL 60604** | **Daniel H. Brown** <br> **Attorney at Law** <br> **53 W. Jackson Boulevard #703** <br> **Chicago, IL 60604** | **Legal services rendered** | | **10,000.00** |
| **Hawthorn Mellody** <br> **P.O. Box 299** <br> **Rockford, IL 61105** | **Hawthorn Mellody** <br> **P.O. Box 299** <br> **Rockford, IL 61105** | **Corporate debt** | | **9,932.96** |
| **Discover Card** <br> **P.O. Box 6103** <br> **Carol Stream, IL 60197-6103** | **Discover Card** <br> **P.O. Box 6103** <br> **Carol Stream, IL 60197-6103** | **Credit card debt** | | **9,267.05** |
| **Variety Meat** <br> **835 W. Wayman Street** <br> **Chicago, IL 60607** | **Variety Meat** <br> **835 W. Wayman Street** <br> **Chicago, IL 60607** | **Corporate debt** | | **8,820.83** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Jaime Linares**
       **Linda A Linares**
                          Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Jaime Linares** and **Linda A Linares**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **January 10, 2011**         Signature  **/s/ Jaime Linares**
                                              **Jaime Linares**
                                              Debtor

Date **January 10, 2011**         Signature  **/s/ Linda A Linares**
                                              **Linda A Linares**
                                              Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
A & J Gas
4257 W. 26th Street
Chicago, IL 60609


A T & T



Alfredo Linares
555 Uvedale Road
Riverdale, IL 60827


Amigos Meat & Poultry LLC
5251 Millard
Chicago, IL 60632


ATG Credit LLC
P.O. Box 95994
Chicago, IL 60694


Banner Wholesale Grocers
3000 S. Ashland #300
Chicago, IL 60608


Brook Forest Community Association
Dennis Brugh
211 W. Chicago Avenue  #10
Hinsdale, IL 60521


Checkmark Properties LLC
Mark Katsis
3909 White Eagle
Naperville, IL 60564


Chicago Department of Revenue
P.O. Box 6330
Chicago, IL 60680-6330


Chicago Department of Revenue
Administrative Hearings
121 N. LaSalle Street
Chicago, IL 60602
```

```
Chicago Department of Revenue
Collections Unit
121 N. LaSalle Street  #107A
Chicago, IL 60602


Chicago Department of Revenue
Water Division
P.O. Box 6330
Chicago, IL 60680-6330


Chicago Title & Trust
171 N. Clark Street  #575
Chicago, IL 60601


Com Ed
P.O. Box 6112
Carol Stream, IL 60197-6112


Cook County Treasurer
118 N. Clark Street
Chicago, IL 60602


Daniel H. Brown
Attorney at Law
53 W. Jackson Boulevard  #703
Chicago, IL 60604


David Buetow
Fuchs & Roselli Ltd.
440 West Randolph #500
Chicago, IL 60606


Dietz & Kolodenko
2404 S. Wolcott #24-25
Chicago, IL 60608


DiLinares Gas Inc.
1546 S. Lombard
Berwyn, IL 60402


Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103
```

```
DRW Services Inc.
600 E. Joe Orr Road
Chicago Heights, IL 60411


Enhanced Recovery Co.
8014 Bayberry Road
Jacksonville, FL 32256-7412


Exelon Corporation
P.O. Box 805398
Chicago, IL 60680


FGM Pediatrics



Hawthorn Mellody
P.O. Box 299
Rockford, IL 61105


Hinckley Springs
6750 Discovery Boulevard
Mableton, GA 30126


Illinois Attorney General
500 S. Second Street
Springfield, IL 62706


Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62494


Illinois Department of Revenue
Collection Services Division
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
Bulk Sales Section
100 W. Randolph Street  #7-400
Chicago, IL 60601


Illinois Department of Revenue
P.O. Box 19035
IL 62494-9035
```

```
Illinois State Lottery
P.O. Box 19080
Springfield, IL 62794-9080


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7317


J.L. Gonzalez Produce, Inc.
2404 S. Wolcott #5
Chicago, IL 60608


Jerry Mazzei
4524 S. Ashland Avenue
Chicago, IL 60609


Jerry Mazzie
414 Hamilton Lane
Oak Brook, IL 60523


Jerry's Certified
4524 S. Ashland Avenue
Chicago, IL 60609


Kraft Foods Global Inc.
3 Lakes Drive
Winnetka, IL 60093


Lakeside Bank
1055 W. Roosevelt Road
Chicago, IL 60608


Lillig & Thorsness
1900 Spring Road #200
Oak Brook, IL 60523


Lillig & Thorsness Ltd.
1900 Spring Road #200
Oak Brook, IL 60523


Loyola University
P.O. Box 95994
Chicago, IL 60694
```

```
Mandolini Co.
2404 S. Wolcott  #28
Chicago, IL 60608


Markle DeLaCruz, LLP
17100 El Camino Real  #500
Houston, TX 77058


McCracken Walsh & de LaVan
134 N. LaSalle Street  #600
Chicago, IL 60602


Metropolitan Bank
2201 W. Cermak Road
Chicago, IL 60608


National Collection Services
216 Haddon Avenue  #607
Collingswood, NJ 08108


Nicor
P.O. Box 0632
Aurora, IL 60507


Nordstrom


Oak Park Investments Inc.
100 N. LaSalle Street  #1111
Chicago, IL 60602


Park Federal Savings Bank
21 E. Ogden Avenue
Westmont, IL 60559


Park Federal Savings Bank
5400 S. Pulaski Road
Chicago, IL 60632


People's Gas
Chicago, IL 60687-0001
```

```
Quality Oil, Inc.
55 North 400 East
Valparaiso, IN 46383


Second Federal Savings
3960 W. 26th Street
Chicago, IL 60623


Teller, Levit & Silvertrust PC
11 East Adams Street
Chicago, IL 60603


Tiffany & Co.
P.O. Box 1728
Memphis, TN 38101-1728


Transworld Systems Inc.
9525 Sweet Valley Drive
Cleveland, OH 44125


V & V Supremo Foods Inc.
2141 S. Throop
Chicago, IL 60608


Variety Meat
835 W. Wayman Street
Chicago, IL 60607


World Fuel Services Inc.
c/o Sullican Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, IL 60523
```